IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                Plaintiff,                              ORDER

      v.                                              10-cv-416-bbc

JOSEPH BEAHM,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Jessie Williams, a prisoner at the Waupun Correctional Institution in Waupun, Wisconsin, has submitted a proposed complaint, a motion for leave to proceed <u>in forma pauperis</u>, a six-month trust fund account statement and a motion for appointment of counsel. Dkt. ##1-4. Plaintiff has not signed the complaint or motion for appointment of counsel as required by Fed. R. Civ. P. 11. If plaintiff wishes to continue with this lawsuit he will be required to file signed copies of these documents. Copies of the complaint and motion for appointment of counsel are being returned to plaintiff with his copy of this order so that he may sign and return the documents to this court.

      Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his

1

complaint in forma pauperis, plaintiff will have to make an initial partial payment of the filing fee. From the trust fund account statement plaintiff has submitted, I calculate his initial partial payment to be $1.67. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $1.67 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that

1. Plaintiff Jessie Williams may have until August 16, 2010, in which to file signed copies of his complaint, dkt. #1, and motion for appointment of counsel, dkt. #4.

2. Plaintiff is assessed $1.67 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the

2

amount of $1.67 on or before August 16, 2010.

3. If, by August 16, 2010, plaintiff fails to file signed copies of the documents discussed above *or* make the $1.67 initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 27th day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3